IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gary Lee Denamen, Jr. aka Gary L. Denamen, Jr. aka Gary Denamen, Jr. aka Gary Denamen aka Gary L. Denamen aka Gary Lee Denamen<br>Jennie Lynn Denamen aka Jennie L. Denamen aka Jennie Denamen aka Jennie Newman aka Jennie L. Newman aka Jennie Lynn Newman<br>**Debtors** | BK NO. 17-00336 JJT<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as Servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificate holders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-18, as Servicer and index same on the master mailing list.

Respectfully submitted,

**/s/James C Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734
Attorney for Movant/Applicant