```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
```

In re:                                                              Case No. 17-00336-JJT
Gary Lee Denamen, Jr.                                               Chapter 7
Jennie Lynn Denamen
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: LyndseyPr              Page 1 of 1              Date Rcvd: Mar 03, 2017
                              Form ID: pdf010              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2017.
db/jdb         Gary Lee Denamen, Jr.,    Jennie Lynn Denamen,    51 Buckley Lane,    Bayville, NJ   08721-2040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificate holders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
               2006-18 bkgroup@kmllawgroup.com
              John J Martin (Trustee)     pa36@ecfcbis.com,   trusteemartin@martin-law.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Joint Debtor Jennie Lynn Denamen
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com
              Vincent  Rubino    on behalf of Debtor Gary Lee Denamen, Jr.
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com
              William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                                 TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gary Lee Denamen, Jr. aka Gary L. Denamen, Jr. aka Gary Denamen, Jr. aka Gary Denamen aka Gary L. Denamen aka Gary Lee Denamen<br>  Jennie Lynn Denamen aka Jennie L. Denamen aka Jennie Denamen aka Jennie Newman aka Jennie L. Newman aka Jennie Lynn Newman<br>    **Debtors** | CHAPTER 7<br><br>NO. 17-00336 JJT |
| **The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificate holders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-18**<br>    **Movant**<br>  vs.<br><br>Gary Lee Denamen, Jr. aka Gary L. Denamen, Jr. aka Gary Denamen, Jr. aka Gary Denamen aka Gary L. Denamen aka Gary Lee Denamen<br>Jennie Lynn Denamen aka Jennie L. Denamen aka Jennie Denamen aka Jennie Newman aka Jennie L. Newman aka Jennie Lynn Newman<br>    **Debtors**<br><br>John J. Martin, Esq.<br>    **Trustee** | 11 U.S.C. Sections 362 |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 2902 Williams Drive, Gouldsboro, PA 18424 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

Dated: March 3, 2017

By the Court,

*[signature]*

John J. Thomas, Bankruptcy Judge
(RPR)