Certificate Number: 12433-PAE-DE-028934734

Bankruptcy Case Number: 17-00336


12433-PAE-DE-028934734

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 16, 2017, at 9:54 o'clock PM EDT, Gary L. Denamen, Jr. completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 17, 2017           By: /s/Candace Jones

                               Name: Candace Jones

                               Title: Counselor