Certificate Number: 12433-PAE-DE-028934735

Bankruptcy Case Number: 17-00336



12433-PAE-DE-028934735

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 16, 2017</u>, at <u>9:54</u> o'clock <u>PM EDT</u>, <u>Jennie L. Denamen</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>March 17, 2017</u>        By:    <u>/s/Candace Jones</u>

                              Name:  <u>Candace Jones</u>

                              Title:  <u>Counselor</u>