```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00336-JJT
Gary Lee Denamen, Jr.                                           Chapter 7
Jennie Lynn Denamen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: admin            Page 1 of 1              Date Rcvd: May 08, 2017
                              Form ID: fnldecac      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2017.
db/jdb         Gary Lee Denamen, Jr.,    Jennie Lynn Denamen,    51 Buckley Lane,    Bayville, NJ   08721-2040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2017                                   Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificate holders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
               2006-18 bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com,  trusteemartin@martin-law.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Joint Debtor Jennie Lynn Denamen
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com
              Vincent  Rubino    on behalf of Debtor Gary Lee Denamen, Jr.
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com
              William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com;tfitz@mortoncraig.com
                                                                                             TOTAL: 6

fnldecac (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Gary Lee Denamen Jr.<br>aka Gary Denamen Jr., aka Gary L. Denamen Jr., aka Gary Denamen, aka Gary Lee Denamen, aka Gary L. Denamen<br>51 Buckley Lane<br>Bayville, NJ 08721−2040<br><br>Jennie Lynn Denamen<br>aka Jennie Denamen, aka Jennie L. Denamen, aka Jennie Newman, aka Jennie Lynn Newman, aka Jennie L. Newman<br>51 Buckley Lane<br>Bayville, NJ 08721−2040 | Chapter 7<br>Case No. 5:17−bk−00336−JJT |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−3175
xxx−xx−1171

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**John J Martin (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: May 5, 2017

BY THE COURT
By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk